IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE: AIRCRAFT ACCIDENT AT        MDL DOCKET NO. 1308
LITTLE ROCK, ARKANSAS, JUNE 1, 1999

CASE NO. 4:99-CV-1308

## FINAL JUDGMENT

On November 20, 2002, the Court entered a Memorandum Opinion and Order in which it granted the Defendant's Motion for Partial Summary Judgment Dismissing Plaintiffs' Claim for Punitive Damages in All Domestic Actions (Doc. No. 117). The effect of said Memorandum Opinion and Order was a dismissal of the domestic Plaintiffs' bifurcated punitive damages claim.

Upon the Plaintiffs' Steering Committee's letter motion, and pursuant to authority granted it by Federal Rule of Civil Procedure 54(b), the Court hereby directs the entry of a final judgment as to the domestic Plaintiffs' bifurcated punitive damages claim, concluding that there is no just reason for delay. Therefore, the November 20, 2002, Memorandum Opinion and Order is final and appealable with respect to the issues addressed therein.

IT IS SO ORDERED this 17th day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12-19-02 BY ____

jh

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

December 19, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:99-cv-01308.

True and correct copies of the attached were mailed by the clerk to the following:

    Glenn W. Jones, Esq.
    Barber, McCaskill, Jones & Hale, P.A.
    Regions Center
    400 West Capitol Avenue
    Suite 2700
    Little Rock, AR   72201-3414

    D. Keith Fortner, Esq.
    Barber, McCaskill, Jones & Hale, P.A.
    Regions Center
    400 West Capitol Avenue
    Suite 2700
    Little Rock, AR   72201-3414

    Michael E. Hale, Esq.
    Barber, McCaskill, Jones & Hale, P.A.
    Regions Center
    400 West Capitol Avenue
    Suite 2700
    Little Rock, AR   72201-3414

    Donna Bowen, Esq.
    Slack & Davis, L.L.P.
    8911 Capital of Texas Highway
    Suite 2110
    Austin, TX   78759

    Michael L. Slack, Esq.
    Slack & Davis, L.L.P.
    8911 Capital of Texas Highway
    Suite 2110
    Austin, TX   78759

    John C. Allman, Esq.
    Slack & Davis, L.L.P.

```
8911 Capital of Texas Highway
Suite 2110
Austin, TX  78759

Alan D. Reitzfeld, Esq.
Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY  10007-3189

Louise B. Cobbs, Esq.
Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY  10007-3189

William C. Brown III, Esq.
Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY  10007-3189

Randal R. Craft Jr., Esq.
Holland & Knight, LLP
195 Broadway
Suite 2700
New York, NY  10007-3189

Daniel A. Johnson, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

George A. Manfredi, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

Daniel M. Sullivan, Esq.
Sullivan, Johnson & Manfredi, LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA  90017

Ladd Sanger, Esq.
Howie & Sweeney, L.L.P.
Park Place on Turtle Creek
2911 Turtle Creek Boulevard
Suite 1400
Dallas, TX  75219

Andrew Piel, Esq.
Bodoin, Burnside & Burge, P.C.
6115 Camp Bowie Boulevard
Suite 290
Fort Worth, TX  76116

Robert R. Bodoin, Esq.
```

Bodoin, Burnside & Burge, P.C.
6115 Camp Bowie Boulevard
Suite 290
Fort Worth, TX  76116

Katherine A. Staton, Esq.
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX  75202

D. Douglas Cotton, Esq.
American Airlines, Inc.
Amon Carter Boulevard
Mail Drop 5675
Fort Worth, TX  76155

R. Brent Cooper, Esq.
Cooper & Scully
Founders Square
900 Jackson Street
Suite 100
Dallas, TX  75202

James Ralph Jackson, Esq.
Boswell, Tucker & Brewster
Bryant Center
Post Office Box 798
Bryant, AR  72089-0798

Ted Boswell, Esq.
Boswell, Tucker & Brewster
Bryant Center
Post Office Box 798
Bryant, AR  72089-0798

Mark L. Venardi, Esq.
Holland & Knight LLP
50 California Street
Suite 2800
San Francisco, CA  94111

Charles L. Coleman III, Esq.
Holland & Knight LLP
50 California Street
Suite 2800
San Francisco, CA  94111

David Cook, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017

Elizabeth Walker, Esq.
Sterns & Walker
901 Clay Street
Oakland, CA  94607

Gerald Sterns, Esq.
Sterns & Walker

901 Clay Street
Oakland, CA  94607

David H. Williams, Esq.
Attorney at Law
212 Center Street
Centre Place, Second Floor
Little Rock, AR  72201

Peter V. Bustamante, Esq.
Adler, Murphy & McQuillen
One North LaSalle Street
Suite 2300
Chicago, IL  60602

James F. Murphy, Esq.
Adler, Murphy & McQuillen
One North LaSalle Street
Suite 2300
Chicago, IL  60602

Michael G. McQuillen, Esq.
Adler, Murphy & McQuillen
One North LaSalle Street
Suite 2300
Chicago, IL  60602

Paul D. Richter, Esq.
Rapoport Law Offices, P.C.
20 North Clark Street
Suite 3500
Chicago, IL  60602

David E. Rapoport, Esq.
Rapoport Law Offices, P.C.
20 North Clark Street
Suite 3500
Chicago, IL  60602

Matthew H.P. Warner, Esq.
Graves Warner, PLC
333 Executive Court
Suite 111
Little Rock, AR  72205

Frank L. Branson, Esq.
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
Suite 1800
Dallas, TX  75205

Debbie Dudley Branson, Esq.
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue
Suite 1800
Dallas, TX  75205

Marshall S. Ney, Esq.

Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR  72201-3525

Byron L. Freeland, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR  72201-3525

Carolyn B. Witherspoon, Esq.
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Post Office Box 3178
Little Rock, AR  72203-3178

M. Stephen Bingham, Esq.
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Post Office Box 3178
Little Rock, AR  72203-3178

press, post, MDL

James W. McCormack, Clerk

Date: 12/19/02

BY: [signature]